**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REFUGIO DELGADO PEREZ,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-2699-SVW(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court respectfully disagrees with the Magistrate Judge's findings that Petitioner's arrest and hearingless detention comprised a violation of due process under the United States Constitution. Moreover, the Court, in light of Respondents' objection, again respectfully disagrees that relief should include barring Respondents from re-detaining Petitioner without seven days' notice and a pre-deprivation bond hearing.

However, the Court agrees with the Magistrate Judge's findings that relevant regulations require a warrant of arrest in this instance absent "reason to believe that the

person is likely to escape before a warrant can be obtained.” 8 C.F.R. § 287.8(c)(2)(ii). The Magistrate Judge has found that Respondents have demonstrated neither a warrant nor reason to expect likely escape. Respondents do not object to this finding. Therefore, on the warrant issue and recommendation to grant the Petition, the Court accepts and adopts the Magistrate Judge’s Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part and ordering Respondents to release Petitioner (A 095-757-147) from detention immediately.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge’s Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 30, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE