JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REFUGIO DELGADO PEREZ,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-2699-SVW(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner (A 095-757-147) from detention immediately.

DATED: July 30, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE